FILE COPY

**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

July 3, 2014

Hon. Lorenzo Brown
Lorenzo Brown & Associates
1700 N. Hampton Road
De Soto, TX 75115
* DELIVERED VIA E-MAIL *

Hon. Jennifer Wiggins
Jennifer Wiggins Law Firm, P.C.
1615 W. Abram Street
Arlington, TX 76013
* DELIVERED VIA E-MAIL *

Hon. Deterrean Gamble
Asst. Attorney General
P. O. Box 12017
MC 038-1
Austin, TX 78711-2017
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00367-CV
Tr.Ct.No.  DF-06-02587
Style:     IN THE INTEREST OF L.J.M.

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:dot
Enc.
cc:    256th District Court, Dallas County * DELIVERED VIA E-MAIL *
       Hon. Gary Fitzsimmons, District Clerk * DELIVERED VIA E-MAIL *
       Hon. Mary Murphy, Presiding Judge, First Administrative Judicial Region
       * DELIVERED VIA E-MAIL *